1  Gary A. Starre, Esq. SBN: 72793
2  LAW OFFICES OF STARRE & COHN
   15760 Ventura Boulevard, Suite 801
3  Encino, California 91436
   Telephone: (818) 501-7827
4  email: gastarre@gmail.com

5  Attorneys for Plaintiff
   T.A.P. Development
6

7

8                                                                        JS-6

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                        LOS ANGELES DIVISION

12
   T.A.P. DEVELOPMENT           )    Case No.: 2:24-CV03686-HDV(PDx)
13                              )
              Plaintiff,        )    ORDER TO REMAND TO STATE
14                              )    COURT (proposed)
         vs.                    )
15                              )    Date: TBD
   CAROL D. ELLIS, and DOES 1 TO 10 ) Time: 10:00 a.m.
16                              )    Courtroom: 5B
              Defendants.       )    350 W. 1ST ST, LOS ANGELES, CA
17                              )    90012
                                )
18                              )
                                )
19                              )
                                )
20                              )
                                )
21                              )
                                )
22
        On _____ 2024, at ____ __.m. in Courtroom 5B, the ex parte application filed by

23
   T.A.P. DEVELOPMENT FOR AN ORDER TO REMAND UNLAWFUL DETAINER TO
24
   STATE COURT, came before the Court. Notice having been properly given, and opposition
25
   having been/not been received, the Court rules as follows:
26

27

28

STARRE & COHN
15760 VENTURA BLVD.,
SUITE 801
ENCINO, CA
91436
(818) 501-7827

1

ORDER ON APPLICATION TO REMAND TO STATE COURT

After submission of evidence, memoranda and argument, the Court orders that the case of "T.A.P. DEVELOPMENT, Plaintiff, vs. CAROL D. ELLIS and DOES 1-10, Inclusive", Los Angeles Superior Court Case No. 24IWUD00412 is remanded to the Los Angeles Superior Court, State of California.

Dated: 06/03/24

JUDGE HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

STARRE & COHN
15760 VENTURA BLVD.,
SUITE 801
ENCINO, CA
91436
(818) 501-7827

2

ORDER ON APPLICATION TO REMAND TO STATE COURT